IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DION D. GIBBS, et al.,

       *Plaintiffs*,

       v.

JOHN CARNEY, CLAIRE              No. 20-cv-01301-SB
DeMATTEIS, TRUMAN MEARS,
DEPARTMENT OF CORRECTION,
MONROE B. HUDSON, JR.

       *Defendants*.

## ORDER

1. I **DENY** Plaintiffs' request for oral argument.

2. I **GRANT IN PART** and **DENY IN PART** Defendants' motion to dismiss. D.I. 702.

3. I dismiss with prejudice all claims against the Delaware Department of Correction. I also dismiss with prejudice the prisoners' state constitutional claims. And I dismiss with prejudice the prisoners' Eighth Amendment claims against the state officials in their official capacities for money damages.

4. I dismiss without prejudice the prisoners' Eighth Amendment claims for injunctive relief against Claire DeMatteis, Monroe Hudson, and John Carney.

5. I do not dismiss the prisoners' Eighth Amendment claim for injunctive relief against Truman Mears.

6. By September 13, the parties shall confer and submit proposed scheduling orders. The parties should rely on this template: https://www.ded.uscourts.gov/sites/ded/files/Scheduling%20Order.pdf

Dated: August 25, 2022

_____
UNITED STATES CIRCUIT JUDGE