August 29, 2022
Tyrone M. Adkins et al
S.B.I # 00252296    Plaintiffs
S.C.I P.O. Box 500
Georgetown DE. 19947

V.

Truman Mears

    Defendant


FILED
SEP 12 2022
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re: Adkins v. Carney. Case No. 20-cv-01301-SB (D. DEL-
Dismissing Certain Claims
Appeal of order Dismissing
Certain Claims (And) Request To Amend Claims

---

Comes Now Tyrone M. Adkins pro se and Appeals The order of The Court in This matter, and asks the Court to allow Amendments in the form of adding the defendants in their personal capacity and showing how they acted in a way that was Negligent and derelict

## Facts

1. I Tyrone M. Adkins I am learning and mentally disabled and protected under the Americans with disabilityes act title 2.

2. I had anthoe prisoner write the complaint because i don't understand The law

3. I did not understand i had to say personal capacity to ask for money.

4. I also Thought i would be allowed to show evidence of Defendants dereliction and neglect to a jury, and I was not awake all evidence had to be in the Complaint.



August 29, 2022
Tyrone M. Adkins et al
S.B.I # 00252296     Plaintiffs
S.C.I p.o. Box 500
Georgetown DE. 19947

V.

Truman Mears

   Defendant

Re: Adkins V. Carney. Case No. 20-cv-01301-SB (D. Del-
Dismissing Certain claims
Appeal of order dismissing
Certain claims (And) Request to Amend claims

---

Comes Now Tyrone M. Adkins pro se and Appeals the order of
The Court in this matter, and asks the Court to allow Amendments
in the form of adding the defendants in their personal capacity
and showing how they acted in a way that was Negligent and derelict

## Facts

1. I Tyrone M. Adkins I am learning and mentally disabled and protected under the Americans with disabilityes act title 2.

2. I had anthor prisoner write the complaint because i don't understand the law

3. I did not understand i had to say personal capacity to ask for money.

4. I also thought i would be allowed to show evidence of defendants dereliction and neglect to a jury, and I was not awake all evidence had to be in the Complaint.

5. I am told i have the fundamental right to understand before a judgement with prejudice can be made against my claims.



6. I also have a right to be understood. See Americans with disabilities act Title 2-7.0000 "Communications" and A.D.A Title 2-7.0000 Equally Effective "Comunications" and A.D.A Title 2-4.3200 Reasonable "Accommodation"

7. The Reasonable Accommodation I ask for is the chance to Amend the complaint to add defendants in their personal capacity and to show Evidence of defendants neglect and dereliction.

8. I also will attatch a motion requesting a clarity Hearing to ensure equally Effective Communication aid or service as described by A.D.A title 2.

9. I am aware people sue the defendants for money and my disability caused me not to understand personal capacity so im asking for my disability rights to be Honored and allowed an amendment

10. it is September 5th and I jus got this order From August 25th. I am Awake I have 30 days from the day I get the order.



FILED
SEP 12 2022
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# Motion for Americans with disabilites act title 2 clarity Hearing

Comes Now Tyrone M. Adkins a Legally Mentally disabled person and asks This court to honor federal civil rights of the Americans with disabilities act title 2 and order a clarity hearing as reasonable accommodations Communications Aid. A.D.A TITLE 2-7.1000 binds the court to ENSURE Equally Effective Communications" for disabled people accessing the court. The 1964 Civil Rights and all goverment agencies were legally bound to comply with A.D.A Title 2 by Jan 26th 1993



I Tyrone M Adkins
do swear under pains
and penalties of purjury
That these Things are
True and Correct.

Tyrone Adkins FF 0025209

SCI P.O. BOX 500
GEORGETOWN DE.
19947

Tyrone Hokins
S.C.I. P.O. Box 500
Georgetown, DE. 19947



FILED
SEP 1 2 2022
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Office of the Clerk
United States District Court
844 N. King Street Unit 18
Wilmington Delaware. 19801-3570

U.S.M.S. X-RAY