# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-2725

Dion Gibbs v. Governor of Delaware, et al

(U.S. District Court No.: 1-20-cv-01301)

**ORDER**

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. LAR 3.3 and Misc. 107.1(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to pay the requisite fee as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:   November 10, 2022
pdb/tmk/cc:
Tyrone M. Adkins,
Stacey Bonvetti, Esq.
John A. Cerino,
Douglas D. Herrmann, Esq.
James H.S. Levine, Esq.
Kenneth A. Listwak, Esq.
Ralph C. Surman Jr., Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate