# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DION D. GIBBS, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> JOHN CARNEY, *et al.*, <br><br> *Defendants*. | C.A. No. 20-cv-01301-SB |

## JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties, subject to the approval of the Court, that this case be stayed until March 31, 2023 while the parties explore the possibility of a negotiated resolution of their disputes. If a resolution is not reached by March 31, 2023, the parties will submit a joint status report by April 14, 2023, including a proposed scheduling order for the remainder of the action.

Dated: January 31, 2023

| | |
|---|---|
| */s/ James H.S. Levine* | */s/ Daniel C. Mulveny* |
| Douglas D. Herrmann (Del. Bar. No. 4872) | Stacey Bonvetti (Del. Bar. No. 4074) |
| James H. S. Levine (Del. Bar No. 5355) | Daniel C. Mulveny (Del. Bar No. 3984) |
| Kenneth A. Listwak (Del. Bar No. 6300) | STATE OF DELAWARE |
| TROUTMAN PEPPER | DEPARTMENT OF JUSTICE |
| HAMILTON SANDERS LLP | Carvel State Office Building |
| 1313 N. Market Street, Suite 5100 | 820 N. French Street, 6th Floor |
| Wilmington, DE 19899-1709 | Wilmington, DE 19801 |
| Telephone: (302) 777-6500 | Telephone: (302) 577-8400 |
| douglas.herrmann@troutman.com | stacey.bonvetti@delaware.gov |
| james.levine@troutman.com | daniel.mulveny@delaware.gov |
| kenneth.listwak@troutman.com | |
| | *Counsel for Defendants* |
| *Counsel for Plaintiff and the Putative Class* | |

-2-

IT IS SO ORDERED this _____ day of _____ 2023

_____<br>
The Honorable Stephanos Bibas