# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DION D. GIBBS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>JOHN CARNEY, *et al.*,<br><br>*Defendants*. | C.A. No. 20-cv-01301-SB |

## JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties, subject to the approval of the Court, that this case be stayed until August 31, 2023 while the parties continue to explore the possibility of a negotiated resolution of their disputes. If a resolution is not reached by August 31, 2023, the parties will submit a joint status report by September 15, 2023, including a proposed scheduling order for the remainder of the action.

Dated: May 31, 2023

| | |
|---|---|
| */s/ James H. S. Levine* | */s/ Stacey Bonvetti* |
| Douglas D. Herrmann (Del. Bar. No. 4872)<br>James H. S. Levine (Del. Bar No. 5355)<br>Kenneth A. Listwak (Del. Bar No. 6300)<br>TROUTMAN PEPPER<br>    HAMILTON SANDERS LLP<br>1313 N. Market Street, Suite 5100<br>Wilmington, DE 19899-1709<br>Telephone: (302) 777-6500<br>douglas.herrmann@troutman.com<br>james.levine@troutman.com<br>kenneth.listwak@troutman.com<br><br>*Counsel for Plaintiff and the Putative Class* | Stacey Bonvetti (Del. Bar. No. 4074)<br>STATE OF DELAWARE<br>    DEPARTMENT OF JUSTICE<br>Carvel State Office Building<br>820 N. French Street, 6th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 577-8400<br>stacey.bonvetti@delaware.gov<br>daniel.mulveny@delaware.gov<br><br>*Counsel for Defendants* |

157901884v1

-2-

IT IS SO ORDERED this _____ day of _____ 2023

_____

The Honorable Stephanos Bibas

157901884v1